**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JAMES GALVAN

VS 3:23-cv-19793-TKW-HTC

DANNY A. MILLER and
ANDREW S. CAREY

**JUDGMENT**

Pursuant to and at the direction of the Court, Defendants' motion for summary judgment is GRANTED and judgment is entered in favor of defendants' and against plaintiff.

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

November 13, 2024 /s/ *A'Donna Bridges, Deputy Clerk*